**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
RINA MANOS, as parent and legal guardian of Y.M., and
RINA MANOS, individually,

|  |  |
|---|---|
| Plaintiff, | 25 **CIVIL** 1101 (KPF) |
| -against- | **JUDGMENT** |

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.
------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated March 03, 2026, DOE's motion to dismiss is

GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

March 5, 2026

**TAMMI M. HELLWIG**

_____
**Clerk of Court**

**BY:**

_____
**Deputy Clerk**